UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER OWENS, BU4768,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF CORPUS, et al.,<br><br>Defendant(s). | Case No. 22-cv-06220-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

This civil action by a prisoner was filed on October 19, 2022. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice to filing a new action accompanied by the requisite filing fee or IFP application.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: November 29, 2022

_____
CHARLES R. BREYER
United States District Judge